**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 19, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00675-CV

---

### IN RE PARADISE SETTLEMENT SERVICES, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1082224**

---

## MEMORANDUM OPINION

On August 30, 2019, relator Paradise Settlement Services, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.22; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jim F. Kovach, presiding judge of County Civil Court at Law No. 2 of Harris County, to set aside his July 31, 2019 supplemental order compelling compliance with several previous orders and his July 31, 2019 supplemental turnover order.

It is relator's burden to provide a sufficient record establishing relator's entitlement to relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator has failed to do so. Relator has not provided all documents material to its claim for relief. *See* Tex. R. App. 52.3(k)(1); 52.7(a)(1). Relator also has not provided this court with a copy of the reporter's record from the July 2, 2019 hearing even though the July 31, 2019 supplemental order compelling compliance makes reference to unopposed testimony obtained during that hearing. *See* Tex. R. App. P. 52.7(a)(2) (providing that relator must file a properly authenticated transcript of any relevant testimony from any underlying proceeding).

Relator has not established that it is entitled to mandamus relief. Accordingly, we must deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.